Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual, | Civil Action No: 17-cv-01181-GMN-GWF |
| Plaintiff, | |
| v. | **[PROPOSED] MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| Indo Cal Foods, Inc., | |
| Defendant. | **[FIRST REQUEST]** |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Kevin Zimmerman, by and through undersigned counsel, hereby moves the Court for an extension of time to file his Response to Defendant's Motion to Dismiss. (Doc. 20) In accordance with LR 6-1(c) the Motion to Dismiss was filed on May 30, 2017, therefore the current deadline for Plaintiff to file his Response is June 13, 2017. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiff respectfully requests the Court to extend the current June 13, 2017, deadline for an additional six (6) days, making Plaintiff's Response due June 19, 2017.

Additionally, undersigned counsel conferred with opposing counsel on the current Motion, who does not object or otherwise oppose the same. This extension is requested in good faith and in an effort to reach amicable resolution of the underlying matter. Finally, this is Plaintiff's first request in this case.

**RESPECTFULLY** submitted on this 13th day of June, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## **ORDER**

IT IS HEREBY ORDERED, the Plaintiff may have until Monday, June 19, 2017 in which to file its Response to Defendant's Motion to Dismiss.

DATED                                          June 14th 2017

                                               BY THE COURT:

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE